**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAMIR GOODMAN SPORTS CONSULTANT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PRO PERFORMANCE SPORTS, LLC, D/B/A SKLZ, <br><br> Defendant. | C.A. No. 18-556-LPS-CJB |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Tamir Goodman Sports Consultant, LLC voluntarily dismisses with prejudice its Complaint against defendant Pro Performance Sports, LLC d/b/a SKLZ.

Dated: August 23, 2018

PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Plaintiff*